**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**DIETER CLAUS BUCHER,**

    **Petitioner,**

**v.**                              **Case No.  3:25-cv-428-TKW-MAF**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 20).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition should be dismissed as moot.  The Court also agrees that a certificate of appealability should be denied.  Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1]  The copy of the Report and Recommendation mailed to Petitioner's address of record was returned as undeliverable, and consistent with the Report and Recommendation, the Clerk's docket note with respect to the returned mail indicates that "Petitioner is listed as deceased on the Florida Department of Corrections Offender Search database." Doc. 21.

2.       Petitioner's §2254 habeas petition (Doc. 1) **DISMISSED as moot**.

3.       A certificate of appealability is **DENIED**.

4.       The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 10th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**